IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS ANTONIO ALICEA PEREZ

DEBTOR(S)

CASE NO. 14-04603-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **July 10, 2014**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

PLAN DATE: June 23, 2014          PLAN BASE: $20,912.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/9/2014

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] FEASIBILITY 11 USC § 1325(a)(6):

   $300.00 in arrears under proposed plan; Equivalent to three (3) installments.

2. [X] DOMESTIC SUPPORT OBLIGATION:

   • **Recipient(s) data § 1302(b)(6):** Debtor has failed to provide DSO recipient information for his two accounts.

   • **Post-petition payments § 1325(a)(8):** Debtor has failed to provide evidence of DSO post-petition payments from June 2014 until confirmation for his two accounts. The DSO payment is made by payroll deduction, thus, debtor needs to provide evidence of income from June 2014 until confirmation.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$171.00/$2,829.00

Atty:  EDGAR J RIVERA*

/s/ Andrew Jimenez
Andrew Jimenez

USDC #226510
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG